UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ORMANDY SIERRA, on behalf of himself and others similarly situated,

                Plaintiff,

-against-

TOMINO LLC d/b/a TOMIÑO TABERNA GALLEGA, VICTOR GONZALEZ, PHIL GONZALEZ, and MARCO GONZALEZ,

                Defendants.
------------------------------------------------------------------X

Case No. 24-CV-02795 (DEH)

## NOTICE OF ACCEPTANCE OF DEFENDANT TOMINO LLC d/b/a TOMIÑO TABERNA GALLEGA'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

PLEASE TAKE NOTICE that, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Ormandy Sierra accepts Tomino LLC d/b/a Tomiño Taberna Gallega's Offer of Judgment Pursuant to Fed. R. Civ. P. 68, made by Defendant Tomino LLC d/b/a Tomiño Taberna Gallega on behalf of all Defendants. Defendant Tomino LLC d/b/a Tomiño Taberna Gallega's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 is attached hereto as Exhibit A.

Dated: New York, New York
        September 27, 2024

JOSEPH & KIRSCHENBAUM LLP

By: _____
    D. Maimon Kirschenbaum
    Josef Nussbaum

32 Broadway, Suite 601
New York, New York 10004

*Attorneys for Plaintiff*

{01438055.DOCX.6}