UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ORMANDY SIERRA, on behalf of himself and others similarly situated,

                Plaintiff,

-against-

TOMINO LLC d/b/a TOMIÑO TABERNA GALLEGA, VICTOR GONZALEZ, PHIL GONZALEZ, and MARCO GONZALEZ,

                Defendants.
------------------------------------------------------------------X

Case No. 24-CV-02795 (DEH)

**[PROPOSED] JUDGMENT**

      A Notice of Acceptance of Rule 68 Offer of Judgment having been filed on September ____, 2024; and Defendant Tomino LLC d/b/a Tomiño Taberna Gallega on behalf of itself and defendants Victor Gonzalez, Phil Gonzalez and Marco Gonzalez (collectively, "Defendants"), having offered Plaintiff Ormandy Sierra ("Sierra") to take a judgment against Tomino LLC d/b/a Tomiño Taberna Gallega in the amount of $13,000.00 (the "Judgment Amount"), inclusive of all of Sierra's claims for relief, damages, attorneys' fees, costs, and expenses, upon the terms stated therein; it is

      ORDERED and ADJUDGED that:

      Judgment is hereby entered pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiff Sierra, and against Defendant Tomino LLC d/b/a Tomiño Taberna Gallega, on behalf of itself and defendants Victor Gonzalez, Phil Gonzalez and Marco Gonzalez (collectively, "Defendants"), in the sum of Thirteen Thousand Dollars and No Cents ($13,000.00), inclusive of all of Plaintiffs' claims for relief, damages, attorney's fees, costs, and expenses, alleged in the above-captioned action.

Dated: _____, 2024

                                                By: _____